No. 387, Misc.   SMART *v*. ILLINOIS.   Supreme Court of Illinois.   Certiorari denied.

No. 442, Misc.   HENTSCHEL ET UX. *v*. BABY BATHINETTE CORP. ET AL.   C. A. 2d Cir.   Certiorari denied. *Vine H. Smith* for petitioners.   *William C. Combs* for the Baby Bathinette Corporation et al.; and *George Berkowitz* for the White Metal Rolling & Stamping Corporation, respondents.

No. 444, Misc.   KOSTAL *v*. CALIFORNIA.   District Court of Appeal of California, Second Appellate District.   Certiorari denied.

No. 455, Misc.   JOHNSON *v*. UNITED STATES.   C. A. 7th Cir.   Certiorari denied.   Petitioner *pro se*. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Felicia H. Dubrovsky* for the United States.

No. 481, Misc.   JANOWICZ *v*. MICHIGAN.   Supreme Court of Michigan.   Certiorari denied.

No. 484, Misc.   ZIEMAN *v*. RAGEN, WARDEN.   Supreme Court of Illinois.   Certiorari denied.

No. 485, Misc.   KOSS *v*. RANDOLPH, WARDEN.   Circuit Court of Randolph County, Illinois.   Certiorari denied.

No. 488, Misc.   OBERY *v*. UNITED STATES.   United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied.

No. 491, Misc.   DOLAN *v*. UNITED STATES.   C. A. 8th Cir.   Certiorari denied.   *Stanley M. Rosenblum* for petitioner.   *Solicitor General Sobeloff, Assistant Attorney*